UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| CARLOS ALAMO, | : | |
| | : | Civil Action No. 12-3632 (JBS) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| DONNA ZICKEFOOSE, et. al, | : | |
| | : | |
| Defendants. | : | |

IT APPEARS THAT:

1. On September 20, 2011, Plaintiff filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which was docketed as *Alamo v. Zickefoose, et al.*, 11-cv-5416 (JBS). On June 15, 2012, this Court issued an Opinion and Order severing that Petition and creating the instant case as a civil complaint under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971). This civil case was terminated until Plaintiff filed the filing fee or an application to proceed *in forma pauperis* ("IFP") (Docket Items 1, 2).

2. On July 2, 2012, Plaintiff filed a letter requesting a blank IFP application. According to the docket, the application was sent to Plaintiff (Docket Item 4).

3. This matter was reopened; however, Plaintiff did not submit his completed application to proceed IFP. *See* 28 U.S.C. § 1915(a).

THEREFORE, it is on this __**5th**__ day of __**November**__, **2014**;

ORDERED that the Clerk of the Court shall administratively terminate this case, without assessing a filing fee; and it is further

ORDERED that the Clerk of the Court shall send Plaintiff a blank form application to proceed IFP; and it is further

ORDERED that if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete, signed IFP application, including a certified six-month prison account statement, or (2) the $350 filing fee; and it is further

ORDERED that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either a complete IFP application or payment of the filing fee within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

        **s/ Jerome B. Simandle**
JEROME B. SIMANDLE, Chief Judge
United States District Court